1

**COLUMBIA TERMINALS COMPANY, Plaintiff in Error, v. Fred HUESER, Defendant in Error.**

(Circuit Court of Appeals, Eighth Circuit. August 10, 1926.)

No. 7491.

In Error to the District Court of the United States for the Eastern District of Missouri.

Guy A. Thompson, Frank A. Thompson, and R. C. Coburn, all of St. Louis, Mo., for plaintiff in error.

Wilbur C. Schwartz, of St. Louis, Mo., for defendant in error..

PER CURIAM. Writ of error dismissed, at costs of plaintiff in error, per stipulation of parties.

2

**Matt Z. COOK, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Eighth Circuit. April 6, 1926.)

No. 6754.

In Error to the District Court of the United States for the Western District of Oklahoma.

William Pfeiffer, of Oklahoma City, Okl., for plaintiff in error.

W. A. Maurer, U. S. Atty., of Oklahoma City, Okl., and James A. Ingraham, Asst. U. S. Atty., of Tulsa, Okl.

PER CURIAM. Judgment reversed, without costs to either party in this court, on confession of error.

3

**L. E. DICKEY, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Eighth Circuit. June 22, 1926.)

No. 7504.

In Error to the District Court of the United States for the Northern District of Oklahoma.

John T. Harley, of Tulsa, Okl., for plaintiff in error.

W. L. Coffey, Asst. U. S. Atty., of Tulsa, Okl.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.

4

**James DREVER, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Eighth Circuit. May 4, 1926.)

No. 7448.

In Error to the District Court of the United States for the Western District of Arkansas.

Paul Jones, of Texarkana, Ark., for plaintiff in error.

James D. Shaver, Sp. Asst. U. S. Atty., of Texarkana, Ark.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of plaintiff in error and stipulation of parties.

5

**Bill ELLIS, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Eighth Circuit. September 13, 1926.)

No. 7598.

In Error to the District Court of the United States for the Western District of Oklahoma.

F. H. Reily, of Shawnee, Okl., for plaintiff in error.

Roy St. Lewis, U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Writ of error docketed and dismissed, on motion of defendant in error, under rule 16.